## Neiswender Unemployment Compensation Case.

Argued March 18, 1964. *Isobel Neiswender,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed; reargument refused May 6, 1964.

## Schindler Unemployment Compensation Case.

Argued March 19, 1964. *Arthur Sonstein,* for appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Sklar Unemployment Compensation Case.

Argued March 18, 1964. *Samuel W. Sklar,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.